CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dongyan Wang,<br><br>    Plaintiff,<br><br>v.<br><br>Merrick Garland, Attorney General of the United States of America; Alejandro Mayorkas, Secretary of the Department of Homeland Security; Tracy Renaud, Acting Director, U.S. Citizenship and Immigration Services; Clyde Moore, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Case No. 2:21-cv-00837-RFB-EJY<br><br>**Stipulation to Extend the United States' Deadline to Answer** |

Plaintiff Dongyan Wang and the United States of America, on behalf of Federal Defendants Merrick Garland, Alejandro Mayorkas, Tracy Renaud, and Clyde Moore, through counsel, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint on May 6, 2021.

2. Plaintiff served the United States with a copy of the Summons and Complaint on October 27, 2021.

3. The current deadline for Federal Defendants to answer or otherwise respond is December 27, 2021.

4. The parties have agreed that the United States shall have 14 additional days to file an answer or other responsive pleading on behalf of Federal Defendants.

5. This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond by January 10, 2022.

Respectfully submitted this 21st day of December 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Peter Ashman
PETER L. ASHMAN
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
pla@ashmanlaw.com

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 27, 2021

2