CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| Dongyan Wang,<br><br>            Plaintiff,<br><br>    v.<br><br>Merrick Garland, Attorney General of the United States of America; Alejandro Mayorkas, Secretary of the Department of Homeland Security; Tracy Renaud, Acting Director, U.S. Citizenship and Immigration Services; Clyde Moore, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services,<br><br>            Defendants. | Case No. 2:21-cv-00837-RFB-EJY<br><br>**Stipulation to Withdraw Plaintiff's Section 1447(b) Claim and Stay Case Pending Agency Decision** |

Plaintiff Dongyan Wang and the United States of America, on behalf of Federal Defendants Merrick Garland, Alejandro Mayorkas, Tracy Renaud, and Clyde Moore, through counsel, hereby stipulate and agree as follows:

    1.    Plaintiff filed his Complaint on May 6, 2021.

    2.    Plaintiff served the United States with a copy of the Summons and Complaint on October 27, 2021.

    3.    The deadline for Federal Defendants to answer or otherwise respond was December 27, 2021.

4.      On December 23, 2021, the parties stipulated and agreed that the United States should have 14 additional days to file an answer or other responsive pleading on behalf of Federal Defendants (ECF No. 9). The Court granted the extension on December 27, 2021, giving the United States until January 10, 2022 to answer or otherwise plead (ECF No. 10).

5.      Since the Court granted the extension, the parties have engaged in discussions to resolve this case without further Court intervention. As such, the parties hereby stipulate and agree that Plaintiff's section 1447(b) claim should be withdrawn so as to allow jurisdiction to return to the United States Citizenship and Immigration Services ("USCIS") for review and adjudication of Plaintiff's N-400 Application for Naturalization. The parties further stipulate and agree that this case should be held in abeyance until such time as the USCIS has made a final determination as to Plaintiff's N-400 Application for Naturalization.

6.      Accordingly, the parties request that the Court stay this matter pending resolution or final adjudication of the Plaintiff's N-400 Application for Naturalization. If the parties are able to resolve this matter, they will promptly file a stipulation of dismissal.

7.      If the parties are unable to resolve this matter and the case is not dismissed, the parties agree to file a joint status report 90 days after the entry of the Court's stay order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5.     This stipulation is made in good faith and not for the purpose of delay.

Respectfully submitted this 10th day of January 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Peter L. Ashman*
PETER L. ASHMAN
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
pla@ashmanlaw.com

*Attorney for Plaintiff*

*/s/ Skyler H. Pearson*
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

RICHARD E. BOULWARE, II
**United States District Court**

DATED this 11th day of January, 2022.