JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dongyan Wang,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Merrick Garland, Attorney General of the United States of America; Alejandro Mayorkas, Secretary of the Department of Homeland Security; Tracy Renaud, Acting Director, U.S. Citizenship and Immigration Services; Clyde Moore, Field Office Director, Las Vegas Field Office U.S. Citizenship and Immigration Services,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00837-RFB-EJY |

## STIPULATION AND ORDER TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice. Each party will bear

//
//
//
//
//
//

its own costs and attorney's fees.

Respectfully submitted this 10th day of August 2022.

JASON M. FRIERSON
United States Attorney

/s/ Peter L. Ashman
PETER L. ASHMAN
617 S. 8th Street, Suite B
Las Vegas, Nevada 89101
pla@ashmanlaw.com

*Attorney for Plaintiff*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 11th of August, 2022.

2